# United States Bankruptcy Court
## District of Nevada

Case No. <u>11–10017–lbr</u>

Chapter 7

In re: (Name of Debtor)
VICTOR DECOUD                              LETA DECOUD
8701 VIVID VIOLET AVENUE                   8701 VIVID VIOLET AVENUE
LAS VEGAS, NV 89143                        LAS VEGAS, NV 89143

Social Security No.:
xxx–xx–6617                                xxx–xx–1772

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT BRIAN D. SHAPIRO is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 4/14/11                             BY THE COURT

                                           *Mary A. Schott*

                                           Mary A. Schott
                                           Clerk of the Bankruptcy Court